**Haywood FRANKLIN, Jr., Appellant,**

v.

**Kristian NUCKLES, Chief Jailer at time of incident, Craighead County Detention Center; Arlen Whitley, guard at Craighead County Detention Center, originally sued as Arlene Whitley; Dalton Lane, officer at Craighead County Detention Center; Kaye Harris, Guard at Craighead County Detention Center, originally sued as Deft "Harrison," Appellees.**

No. 04–2847.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 7, 2005.

Decided: Dec. 27, 2005.

Haywood Franklin, Jr., Brickeys, AR, for Appellant.

Michael R. Rainwater, Jason E. Owens, Duncan & Rainwater, Little Rock, AR, for Appellees.

Before BYE, MCMILLIAN, and RILEY, Circuit Judges.

PER CURIAM.

Arkansas inmate Haywood Franklin, Jr., appeals the district court's[1] adverse judgment, following a bench trial, in his 42 U.S.C. § 1983 action. Because Franklin has not moved for preparation of a trial transcript, it is impossible to determine whether the "facts" he lists were supported by substantial evidence, or whether the district court misapplied the law to the facts that were established. *See* Fed. R.App. P. 10(b) (it is appellant's duty to order transcript of portions of trial relevant to issues raised on appeal); *Schmid v. United Bhd. of Carpenters & Joiners of Am.*, 827 F.2d 384, 386 (8th Cir.1987) (per curiam) (in absence of trial transcript, appellate court cannot rule on weight of evi-

---

1. The Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

dence), *cert. denied,* 484 U.S. 1071, 108 S.Ct. 1041, 98 L.Ed.2d 1004 (1988). Further, to the extent Franklin is challenging the district court's credibility findings, this court gives due regard to the district court's opportunity to judge witness credibility. *See Estate of Davis v. Delo,* 115 F.3d 1388, 1394 (8th Cir.1997). Accordingly, we affirm. *See* 8th Cir. R. 47B.